1    UNITED STATES DISTRICT COURT
2    DISTRICT OF PUERTO RICO

3   JOAQUIN EMILIO CARDONA-
4   SANDOVAL,
5
6        Petitioner,                          Civil No. 07-1746 (JAF)

7        v.                                   (Crim. No. 04-205)

8   UNITED STATES OF AMERICA,
9
10       Respondent.

11
12                              **O R D E R**

13       Petitioner, Joaquin Emilio Cardona-Sandoval, moves for

14   reconsideration of this court's Opinion and Order dated November 25,

15   2008, denying his petition under 28 U.S.C. § 2255 for post-

16   conviction relief (Docket No. 1).  (Docket No. 17.)

17       Federal Rule of Civil Procedure 60(b) provides relief from a

18   final judgment, order, or proceeding on certain enumerated grounds,

19   including "mistake, inadvertence, surprise, or excusable neglect"

20   or "any other reason that justifies relief." Fed. R. Civ.

21   P. 60(b)(1), (6).  Petitioner has made no showing, nor do we find,

22   that any such circumstances are present here. In his motion for

23   reconsideration (Docket No. 22), Petitioner merely reasserts

24   arguments from his previous petition (Docket No. 1). We, thus, find

25   no basis under Rule 60(b) on which to reconsider our original

26   opinion.

27       We hereby **DENY** Petitioner's motion for reconsideration (Docket

28   No. 22).

29       **IT IS SO ORDERED**.

30       San Juan, Puerto Rico, this 25th day of August, 2009.

31                                        S/José Antonio Fusté
32                                        JOSE ANTONIO FUSTE
33                                        Chief U.S. District Judge